Jerome WANT, Plaintiff-Appellant,

v.

Steven Mark FREI, Attorney; Sickles, Frei & Mims, Defendants - Appellees.

No. 16-1955

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Jerome Want, Appellant Pro Se. John A. C. Keith, Laurie Kirkland, Blankingship & Keith, PC, Fairfax, Virginia, for Appellees.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Want seeks to appeal the district court's orders denying his motion to recuse the district court judge assigned to his case, his motion to appoint counsel, and his motion for reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Want seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED